IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:08-CV-974-WKW |
| ) | (WO) |
| TOWN OF JACKSON'S GAP, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT and DECREE of the court that judgment is entered in favor of Defendant Town of Jackson's Gap and against Plaintiff Gene Coggins and that Mr. Coggins take nothing by his said suit.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 27th day of January, 2009.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE